**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )
    v. ) CR NO: 1:12-CR-309
     )
JULIO RENTERIA-CHAVEZ

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee: **JULIO RENTERIA-CHAVEZ**

Detained at (custodian): **Fresno County Jail**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment    ☐ Information    ☐ Complaint
Charging Detainee With: **8 U.S.C. § 1326(a) & (b)(2) -Deported Alien Found in the United States**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary in the Eastern District of California.*

Signature: /s/ Andrew L. Gradman
Printed Name & Phone No: **Andrew L. Gradman (559) 497-4000**
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, , and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

5 November 2012                  /s/ Dennis L. Beck
Date                        United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Rafael Moreno-Sanchez | Male ☒ | Female ☐ |
| Booking or CDC #: | Booking #1223293 Release date: 5/01/2015 | DOB: | 05-19-1972 |
| Facility Address: | 2200 Fresno Street | Race: | Hispanic |
| | Fresno, CA 93721 | FBI #: | 559860KA9 |
| Facility Phone: | (559) 488-3939 | | |
| Currently Incarcerated For: | HS 11379: Transportation of a Controlled Substance for Sale | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                                             (Signature)